IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH DENTON | § | |
| VS. | § | CIVIL ACTION NO. 1:14-CV-302 |
| FNU GALINDA, *et al.*, | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Joseph Denton, a prisoner currently confined at USP Beaumont, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against the defendants FNU Galinda, FNU Bellows, FNU McGruldric and FNU Sears.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** this **30** day of **January, 2015.**

_____
Ron Clark, United States District Judge

---

[1] Plaintiff received a copy of the Report and Recommendation on November 25, 2014 (docket entry no. 6).